UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JOSHUA JAMICHAEL VANBUREN | CIVIL ACTION NO. 19-1153 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| DOUG WALKER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims, raised by Plaintiff Joshua Jamichael VanBuren, are **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious: (1) that Officer Jody Ledoux arrested him without probable cause; (2) that District Attorney Nick Anderson filed a bill of information against him without probable cause; and (3) that Assistant District Attorney Daniel Hunter filed a bill of information against him without probable cause.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claim that Officer Paul Blunschi falsely arrested him for attempted second-degree murder is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to prosecute his pending, duplicative appeal. The claim should otherwise be **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claim

that Assistant District Attorney Doug Walker placed him on pre-trial diversion without probable cause, along with his associated requests for monetary damages, is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary relief against a defendant immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request to terminate his pre-trial diversion agreement, in connection with his claim that Assistant District Attorney Doug Walker placed him on pre-trial diversion without probable cause, is **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

MONROE, LOUISIANA, this 10th day of October, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE